*Alfred J. Talley, Benjamin N. Rippe* and *Martin J. White* for appellant.

*John P. McGrath, Corporation Counsel* (*Seymour B. Quel* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

ISABEL GEORGE, as Administratrix of the Estate of WILLIAM GEORGE, Deceased, Respondent, *v.* LONG ISLAND RAIL ROAD COMPANY, Appellant, et al., Defendants.

Argued March 17, 1948; decided April 22, 1948.

*Ralph E. Hemstreet* and *Louis J. Carruthers* for appellant.
*Benedict S. Rosenfeld* and *Bernard Meyerson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of the BROOKLYN UNION GAS COMPANY, Respondent, against LAZARUS JOSEPH, as Comptroller of the City of New York, Appellant.

Argued March 3, 1948; decided April 22, 1948.